FILED
U.S. DISTRICT COURT

2016 AUG 25 PM 1: 45

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No. CR610-6 |
| ) | |
| DAMON ANTRON JOHNSON ) | |

## O R D E R

The above captioned case filed in the Statesboro Division of this Court was previously assigned to the Honorable B. Avant Edenfield.

IT IS HEREBY ORDERED that this case is reassigned to the Honorable J. Randal Hall for further plenary disposition.

SO ORDERED, this 25 day of August, 2016.

Lisa Godbey Wood
Chief United States District Judge
Southern District of Georgia